UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              Case No. 15-42184

    Karen Xenos

    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/15/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/31/2016.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $30,400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,200.00 |
| Less amount refunded to debtor | $1,140.00 |

**NET RECEIPTS:** $60.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $60.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $60.00

Attorney fees paid and disclosed by debtor:       $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS DEPT OF REVENUE | Priority | 18,003.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 31,849.00 | NA | NA | 0.00 | 0.00 |
| MATPSC | Priority | 1,421.00 | NA | NA | 0.00 | 0.00 |
| ABSOLUTE HOME CARE PLUS | Unsecured | 4,887.25 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE/CHASE BANK | Unsecured | 6,129.42 | NA | NA | 0.00 | 0.00 |
| ATG GREDIT LLC/VALLEY IMAGING | Unsecured | 991.00 | NA | NA | 0.00 | 0.00 |
| AURORA RADIOLOGY CONSULTANT | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| BLATTT HASENMILLE AND MORRE/ | Unsecured | 2,214.00 | NA | NA | 0.00 | 0.00 |
| BLITT GAINES PC | Unsecured | 2,525.00 | NA | NA | 0.00 | 0.00 |
| DERMATOPATHOLOGY LAB OF CEN | Unsecured | 232.48 | NA | NA | 0.00 | 0.00 |
| EDWARD HEALTH VENTURES | Unsecured | 22.27 | NA | NA | 0.00 | 0.00 |
| FIRST STEP GROUP LLC/CAPITAL ON | Unsecured | 965.08 | NA | NA | 0.00 | 0.00 |
| FMS INC/KOHLS | Unsecured | 6,545.57 | NA | NA | 0.00 | 0.00 |
| LAW FIRM OF ALLAN C SMITH PC/GI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LINDEN OAKS AT EDWARD | Unsecured | 1,260.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CEN | Unsecured | 142.56 | NA | NA | 0.00 | 0.00 |
| MC LAW GROUP | Unsecured | 2,528.08 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/EDWAR | Unsecured | 805.41 | NA | NA | 0.00 | 0.00 |
| MOBOLAJI SULEIMAN | Unsecured | 161.67 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT INC/CHASE BA | Unsecured | 1,167.86 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 32.84 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY/CAPTIAL BA | Unsecured | 632.98 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY/CITIBANK | Unsecured | 2,525.00 | NA | NA | 0.00 | 0.00 |
| RIDGE AMBULANCE SERVICE | Unsecured | 76.97 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE SENIOR LIFE COMMUNIT | Unsecured | 5,149.32 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SEEMA GUPTA MD | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| SHINDLER AND JOYCE/CAPITAL RE1 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SULAIMAN LAW GROUP/BARCLAYS | Unsecured | 2,078.40 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| VALLEY IMAGING CONSULTANTS | Unsecured | 991.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF HOUSING & UR | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 2,300.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $60.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$60.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/09/2016                    By: /s/ Glenn Stearns
                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**